**No. 10-7184. Melvin Keith Richardson, Petitioner v. David A. Varano, Superintendent, State Correctional Institution at Coal Township, et al.**

562 U.S. 1266, 131 S. Ct. 1596, 179 L. Ed. 2d 494, 2011 U.S. LEXIS 1889.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1147, 131 S. Ct. 924, 178 L. Ed. 2d 770, 2011 U.S. LEXIS 417.

**No. 10-7290. In re Harold Cage, Petitioner.**

562 U.S. 1266, 131 S. Ct. 1596, 179 L. Ed. 2d 494, 2011 U.S. LEXIS 1823.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1059, 131 S. Ct. 682, 178 L. Ed. 2d 516, 2010 U.S. LEXIS 9071.

**No. 10-7374. Tyrell T. Brown, Petitioner v. Ken Clark, Warden.**

562 U.S. 1266, 131 S. Ct. 1596, 179 L. Ed. 2d 494, 2011 U.S. LEXIS 1897.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1152, 131 S. Ct. 939, 178 L. Ed. 2d 779, 2011 U.S. LEXIS 347.

**No. 10-7386. Henry Lewis Astrop, Petitioner v. Eckerd Corporation, et al.**

562 U.S. 1266, 131 S. Ct. 1596, 179 L. Ed. 2d 494, 2011 U.S. LEXIS 1895.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1152, 131 S. Ct. 940, 178 L. Ed. 2d 779, 2011 U.S. LEXIS 76.

**No. 10-7662. Derek N. Jarvis, Petitioner v. Maryland.**

562 U.S. 1266, 131 S. Ct. 1596, 179 L. Ed. 2d 494, 2011 U.S. LEXIS 1886.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1203, 131 S. Ct. 1050, 178 L. Ed. 2d 870, 2011 U.S. LEXIS 1030.

**No. 10-7663. Derek N. Jarvis, Petitioner v. Montgomery County, Maryland.**

562 U.S. 1266, 131 S. Ct. 1597, 179 L. Ed. 2d 494, 2011 U.S. LEXIS 1818.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1203, 131 S. Ct. 1050, 178 L. Ed. 2d 870, 2011 U.S. LEXIS 971.

**No. 10-7866. TiJon Cox, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 1266, 131 S. Ct. 1597, 179 L. Ed. 2d 494, 2011 U.S. LEXIS 1882.

February 28, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1190, 131 S. Ct. 1023, 178 L. Ed. 2d 847, 2011 U.S. LEXIS 841.